**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MICHAEL SENNO,

                Plaintiff,        08 Civ. 2156 (LMS)

                                                STIPULATION OF DISCONTINUANCE

ELMSFORD UNION FREE SCHOOL
DISTRICT, et al.

                Defendants.

------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and Defendants, that the action be and the same hereby is discontinued as to all the Defendants, with prejudice and without fees and costs to either side against the other.

DATED: White Plains, New York
               January 13, 2012

By: _____
Jonathan Lovett
Drita Nicaj
Attorneys for Plaintiff
305 Old Tarrytown Road
White Plains, New York 10603
(914) 686-4500

Sokoloff Stern, LLP

By: _____
Steven C. Stern
Attorneys for all Defendants
SOKOLOFF STERN LLP
355 Post Avenue, Suite 201
Westbury, New York 11590
(516) 334-4500

SO ORDERED:

_____
LISA MARGARET SMITH, U.S.M.J.